## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

BASF Catalysts LLC, et al.

*Plaintiff*

*v.*

Occidental Chemical Corp.

*Defendant*

Civil Action No. _____

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that  collectively, the SPG Litigating Parties ,
is a non-governmental corporation and that:

☐   This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

Please see attached chart for details.

## OR

☐   This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

s/ Jeffrey D. Talbert

Signature of Attorney

One Gateway Center

Address

Newark, New Jersey 07102

City/State/Zip

02/06/2026

Date

Instructions:

1.    Disclosure Statement is to be filed as a separate document.
2.    Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3.    Click on Other Documents.
4.    Select Corporate Disclosure Statement.
5.    Enter the case for which the Disclosure Statement is being filed.
6.    Select the PDF document to file.
7.    Select the party filing the Disclosure Statement.
8.    If applicable insert the name of the Corporate Parent or leave it blank.
9.    Proofread the docket text.
10.   Submit the Disclosure Statement by clicking the NEXT button.