**Attachment to Corporate Disclosure Statement Form**
**Plaintiffs' Diversity Jurisdiction and Corporate Disclosures**

| | Plaintiff | Disclosures |
|---|---|---|
| 1. | BASF Catalysts LLC | BASF Catalysts LLC is a Delaware limited liability company with a principal place of business at 100 Park Avenue, Florham Park, New Jersey. BASF Catalysts LLC's parent company is BASF Alpha Holding LLC. BASF Catalysts LLC and BASF Alpha Holding LLC are indirect, wholly-owned subsidiaries of BASF SE (*Societas Europaea*), a publicly held European corporation. No other publicly held corporation owns ten percent or more of BASF Catalysts LLC.<br><br>LLC Members and State of Residence:<br>• BASF Alpha Holding LLC is a Delaware limited liability company with a principal place of business in New Jersey. |
| 2. | BASF Corporation | BASF Corporation is a Delaware corporation with a principal place of business at 100 Park Avenue, Florham Park, New Jersey. BASF Corporation is a wholly-owned subsidiary of BASF USA Holding LLC, a Delaware limited liability company. BASF USA Holding LLC is a wholly- owned subsidiary of BASF Nederland BV, a Dutch limited liability company.<br><br>BASF Nederland BV is a wholly-owned subsidiary of BASF SE (*Societas Europaea*), a publicly held European corporation. No publicly held corporation owns ten percent or more of BASF Corporation's stock. |
| 3. | Benjamin Moore & Co. | Benjamin Moore & Co. is a New Jersey corporation with a principal place of business at 101 Paragon Drive, Montvale, New Jersey. Berkshire Hathaway Inc. owns one-hundred percent of Benjamin Moore & Co., Inc.'s stock. |
| 4. | Clean Earth of North Jersey, Inc. | Clean Earth of North Jersey, Inc. is a New Jersey corporation with a principal place of business at 115 Jacobus Avenue, Kearny, New Jersey. No corporation owns 10% or more of Clean Earth of North Jersey, Inc.'s stock. |
| 5. | Coats & Clark Inc. | Coats & Clark Inc. is a Delaware corporation with a principal place of business at 2550 West Tyvola Road, Suite 150, Charlotte, North Carolina. Spinrite Intermediate Holdings, Inc. is the 100% owner of issued stock in Coats & Clark, Inc. and is not a publicly held corporation. |

|  | Plaintiff | Disclosures |
|---|---|---|
| 6. | Conopco, Inc., d/b/a Unilever Best Foods North America | Conopco, Inc., d/b/a Unilever Best Foods North America, is a New York corporation with a principal place of business at 111 River Street, Hoboken, New Jersey. Conopco, Inc., d/b/a Unilever Best Foods North America certifies that this party is a non-governmental corporate party. This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock are Unilever N.V. and Unilever PLC. |
| 7. | Croda Inc. | Croda Inc. is a Delaware corporation with a principal place of business at 777 Scudders Mill Road, Plainsboro, New Jersey. Croda Inc. is a nongovernmental corporate party, and Croda's parent corporation, and all publicly held corporations owning 10% or more of Croda's stock is Croda Investments, Inc. (parent corporation). |
| 8. | EnPro Industries, Inc. | EnPro Industries, Inc., formerly Crucible Steel, is a North Carolina corporation with a principal place of business at 5605 Carnegie Boulevard, Suite 500, Charlotte, North Carolina. Enpro Inc. f/k/a EnPro Industries, Inc. does not have any publicly held corporation owning more than 10% of its stock. Enpro Inc. is the only publicly held corporation owning more than 10% of EnPro Holdings Inc.'s stock. |
| 9. | Franklin-Burlington Plastics, Inc. | Franklin-Burlington Plastics, Inc. is a Delaware corporation with a principal place of business at 33587 Walker Road, Avon Lake, Ohio. Franklin-Burlington Plastics, Inc. is a wholly-owned subsidiary of Laconian Holding Company. Laconian Holding Company is a wholly-owned subsidiary of Avient Corporation (f/k/a PolyOne Corporation), which is a publicly held corporation. BlackRock, Inc., a publicly held corporation, owns more than 10% of Avient Corporation. |
| 10. | General Electric Company | General Electric Company, operating as GE Aerospace, is a New York corporation with a principal place of business at 1 Neumann Way, Cincinnati, Ohio. General Electric Company is a publicly held company, and it has no parent corporation, nor is there any publicly held corporation that owns 10% or more of its stock. |
| 11. | Givaudan Fragrances Corporation | Givaudan Fragrances Corporation is a Delaware corporation with a principal place of business at International Trade Center, 300 Waterloo Valley Road, Mt. Olive, New Jersey. Givaudan Flavors and Fragrances Inc. is the parent corporation of Givaudan Fragrances Corporation. No publicly held corporation owns at least 10% of the stock of Givaudan Fragrances Corporation. |

|  | Plaintiff | Disclosures |
|---|---|---|
| 12. | Goodrich Corporation for itself and Kalama Specialty Chemicals, Inc. | Goodrich Corporation is a New York corporation with a principal place of business at 2730 W. Tyvola Road, Four Coliseum Centre, Charlotte, North Carolina. Goodrich Corporation's parent corporation, and the only corporation that holds 10% or more of its stock, is RTX Corporation.<br><br>Kalama Specialty Chemicals, Inc. is a Washington corporation with a principal place of business at 2730 W. Tyvola Road, Four Coliseum Centre, Charlotte, North Carolina. Kalama Specialty Chemicals, Inc. is a non-governmental corporate party and this party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock are Goodrich Corporation and United Technologies Corporation. |
| 13. | Hexcel Corporation | Hexcel Corporation is a Delaware corporation with a principal place of business at 281 Tresser Boulevard, Two Stamford Plaza, 16th Floor, Stamford, Connecticut. Hexcel Corporation is a publicly held corporation that does not have a parent corporation. Based on publicly available information as of February5, 2026, the only publicly held corporation owning 10% or more of Hexcel Corporation stock is BlackRock, Inc. |
| 14. | Hoffmann-La Roche Inc. | Hoffmann-La Roche Inc. is a New Jersey corporation with a principal place of business at 150 Clove Road, Suite 8, Little Falls, New Jersey. Hoffmann-La Roche Inc. is a subsidiary of Roche Holdings, Inc., a Delaware corporation. Hoffmann-La Roche Inc., ultimately, is wholly owned by Roche Holding Ltd. Novartis AG, a publicly held company, owns more than 10% of the voting shares of Roche Holding Ltd. Novartis AG has no representation on Roche Holding Ltd.'s board of directors and does not in any way control Roche Holding Ltd. or any of its subsidiaries. |
| 15. | Leemilt's Petroleum, Inc. | Leemilt's Petroleum, Inc. is a New York corporation with a principal place of business at 3 Jericho Plaza, Suite 110, Jericho, New York. Leemilt's Petroleum, Inc., certifies that 100% of its stock is owned by Getty Properties Corp., a publicly held company. |

|   | Plaintiff | Disclosures |
|---|-----------|-------------|
| 16. | Legacy Vulcan, LLC (f/k/a Vulcan Materials Company, f/k/a Kolker Chemical Corporation) | Legacy Vulcan, LLC (f/k/a Vulcan Materials Company; f/k/a Kolker Chemical Corporation) is a Delaware limited liability company with a principal place of business at 1200 Urban Center Drive, Birmingham, Alabama. Legacy Vulcan, LLC is a nongovernmental party. Legacy Vulcan, LLC's parent corporation, and the only publicly held corporations owning 10% or more of stock are Vulcan Materials Company.<br><br>LLC Members and State of Residence:<br>• Legacy Vulcan, LLC is owned 100% by Vulcan Materials Company. Vulcan Materials Company is a New Jersey corporation with a principal place of business in Birmingham, Alabama. |

4

| | Plaintiff | Disclosures |
|---|---|---|
| 17. | Mallinckrodt LLC (f/k/a Mallinckrodt, Inc.) | Mallinckrodt LLC (f/k/a Mallinckrodt, Inc.) is a Delaware limited liability company with a principal place of business at 675 James S. McDonnell Boulevard, Hazelwood, Missouri. The parent corporation is Mallinckrodt Enterprises LLC. No publicly held corporation owns at least 10% of the stock of Mallinckrodt LLC.<br><br>LLC Members and State of Residence:<br>• Mallinckrodt LLC is a Delaware limited liability company with its principal place of business in Missouri (675 James S. McDonnell Boulvard, St. Louis, MO 63042). Its sole member is Mallinckrodt Enterprises LLC.<br>• Mallinckrodt Enterprises LLC is a Delaware limited liability company with its principal place of business in Missouri (675 James S. McDonnell Boulvard, St. Louis, MO 63042). Its members are Mallinckrodt ARD Finance LLC and WebsterGx Holdco LLC.<br>• Mallinckrodt ARD Finance LLC is a Delaware limited liability company with its principal place of business in Missouri (675 James S. McDonnell Boulvard, St. Louis, MO 63042). Its sole member is MEH, Inc.<br>• WebsterGx Holdco LLC is a New York limited liability company with its principal place of business in Missouri (675 James S. McDonnell Boulvard, St. Louis, MO 63042). Its sole member is Mallinckrodt Enterprises Holdings LLC.<br>• Mallinckrodt Enterprises Holdings LLC is a California limited liability company with its principal place of business in Missouri (675 James S. McDonnell Boulvard, St. Louis, MO 63042). Its sole member is MEH, Inc.<br>• MEH, Inc. is a Nevada corporation with its principal place of business in Missouri (675 James S. McDonnell Boulvard, St. Louis, MO 63042). |
| 18. | National-Standard LLC | National-Standard, LLC is a Delaware limited liability company with a principal place of business at 27501 Bella Vista Parkway, Warrenville, Illinois. National-Standard, LLC is Member Managed by Heico Holding, Inc., which is also a Delaware entity and shares the same principal office address in Warrenville, IL. |
| 19. | Novartis Corporation | Novartis Corporation is a New York corporation with a principal place of business at One Health Plaza, East Hanover, New Jersey. Novartis Corporation is an indirect, wholly owned subsidiary of Novartis AG ("Novartis"). Novartis ordinary shares trade on the SIX Swiss Exchange under the symbol NOVN and its American Depository Shares trade on the New York Stock Exchange under the ticker symbol NVS. |

|  | Plaintiff | Disclosures |
|---|---|---|
| 20. | Otis Elevator Company | Otis Elevator Company is a New Jersey corporation with a principal place of business at 1 Carrier Place, Farmington, Connecticut. Otis Elevator Company's parent corporation, and the only publicly held corporation owning 10% or more of its stock, is Otis Worldwide Corporation. |
| 21. | Paramount Global | Paramount Global is a Delaware corporation with a principal place of business at 51 W. 52nd Street, New York, New York. Paramount Global is a wholly owned subsidiary of Paramount Skydance Corporation, a publicly held company. Harbor Lights Entertainment, Inc. (formerly known as National Amusements, Inc.), a privately held company, beneficially owns all of the Class A voting stock of Paramount Skydance Corporation. Members of the Ellison family and affiliates of RedBird Capital Partners LLC each directly or indirectly own 10% or more of Paramount Skydance Corporation's Class A and Class B stock. |
| 22. | Pharmacia LLC | Pharmacia LLC is a Delaware limited liability company with a principal place of business at 100 Route 206 N. Peapack, New Jersey.<br><br>LLC Members and State of Residence:<br>• Pharmacia LLC is an indirect, wholly owned subsidiary of Pfizer, Inc.<br>• The sole member of Pharmacia LLC is Wyeth Holdings LLC. Wyeth Holdings LLC is a Maine limited liability company with a principal place of business in New York, New York.<br>• Wyeth Holdings LLC is wholly owned by Anacor Pharmaceuticals, Inc. Anacor Pharmaceuticals, Inc., in turn, is an indirect, wholly owned subsidiary (via Pfizer MAP Holding, Inc., CICL Corporation, COC I Corporation, Pfizer Holdings Corporation, Pfizer Investments Corporation, and Pfizer Holdings International LLC) of Pfizer, Inc., a publicly held company that trades under the ticker symbol PFE.<br>• Anacor Pharmaceuticals, Inc. is a Delaware corporation with a principal place of business at 235 East 42nd Street, New York, New York. |
| 23. | PPG Industries, Inc. | PPG Industries, Inc. is a Pennsylvania corporation with a principal place of business at One PPG Place, Pittsburgh, Pennsylvania. PPG Industries, Inc. is a publicly held company, and it has no parent corporation, nor is there any publicly held corporation that owns 10% or more of its stock. |

6

|  | Plaintiff | Disclosures |
|---|---|---|
| 24. | Primary Products Ingredients Americas LLC (f/k/a Tate & Lyle Ingredients Americas LLC f/k/a A.E. Staley Manufacturing Company) | Primary Products Ingredients Americas LLC (f/k/a Tate & Lyle Ingredients Americas LLC f/k/a A.E. Staley Manufacturing Company) is a Delaware limited liability company with a principal place of business at 5450 Prairie Stone Parkway, Hoffman Estates, Illinois. Its parent is Primary Products Finance LLC, a Delaware limited liability company. 50.1% of Primary Products Finance LLC is privately held, and the remaining 49.9% is owned by TLHUS, Inc., which is wholly owned by Tate & Lyle LP, a Delaware limited partnership, which is wholly owned by Tate & Lyle Investments Ltd., which is wholly owned by Tate & Lyle PLC, a United Kingdom publicly held company.<br><br>LLC Members and State of Residence:<br>• Its parent is Primary Products Finance LLC, a Delaware limited liability company. |
| 25. | Public Service Electric and Gas Company | Public Service Electric and Gas Company is a New Jersey corporation with a principal place of business at 80 Park Plaza, Newark, New Jersey. Public Service Electric and Gas Company is a non-governmental corporate party and is a wholly owned subsidiary of its corporate parent, Public Service Enterprise Group, Inc. No other corporation owns 10% or more of this party's stock. |
| 26. | Purdue Pharma Technologies, Inc., and Nappwood Land Corporation | Purdue Pharma Technologies, Inc. is a Delaware corporation with a principal place of business at One Stamford Forum, 201 Tresser Boulevard, Stamford, Connecticut. Purdue Pharma Technologies Inc. is a privately held corporation and no public corporation holds 10% or more of its stock.<br><br>Nappwood Land Corporation is a New Jersey corporation with a principal place of business at One Stamford Forum, 201 Tresser Boulevard, Stamford, Connecticut. Nappwood Land Corporation is a private corporation whose corporate parent is Purdue Pharma Technologies Inc. and no public corporation holds 10% or more of its stock. |

|  | Plaintiff | Disclosures |
|---|---|---|
| 27. | Quality Carriers, Inc. and Quala Systems, Inc. | Quality Carriers, Inc. is an Illinois corporation with a principal place of business at 1208 East Kennedy Blvd., Suite 132, Tampa, Florida. Quality Carriers, Inc.'s parent corporation, and only publicly held corporation owning 10% or more of its stock, is CSX Corporation.<br><br>Quala Systems, Inc. is a Delaware corporation with a principal place of business at 1208 East Kennedy Blvd., Suite 132, Tampa, Florida. Quala Systems, Inc.'s parent corporation, and only publicly held corporations owning 10% or more of its stock, is Quality Carriers, Inc. |
| 28. | Reworld Essex Company f/k/a Covanta Essex Company | Reworld Essex Company (f/k/a Covanta Essex Company, (f/k/a America Ref-Fuel Company of Essex, a New Jersey general partnership and its former and current partners Covanta Essex LLC (f/k/a ARC Essex LLC and Duke/UAE Essex LLC) and Covanta Essex II, LLC (f/k/a Covanta Essex II, Inc., ARC Essex II, Inc. and Duke/UAE Essex II, Inc.))) is a New Jersey general partnership with a principal place of business at 183 Raymond Boulevard, Newark, New Jersey. Reworld Essex Company's two partners are Reworld Essex, LLC and Reworld Essex II, LLC (both Delaware limited liability companies). Reworld Essex II, LLC's sole member is Reworld Essex, LLC. Reworld Essex, LLC's sole member is Reworld ARC, LLC (Delaware limited liability company). Reworld ARC, LLC's sole member is Reworld Waste, LLC (Delaware limited liability company). Reworld Waste, LLC's sole member is Reworld Holding Corporation (Delaware corporation).<br>All addresses for entities other than Reworld Essex Company are 100 Park Avenue, Florham Park, NJ 07932. The General Partners of Reworld Essex Company are wholly-owned, indirect subsidiaries of Reworld Holding Corporation, which is indirectly owned by EQT AB (listed on NASDAQ Stockholm). |
| 29. | RTC Properties, Inc. | RTC Properties, Inc. is a New York corporation with a principal place of business at 100 Central Avenue, Suite 630, Kearny, New Jersey. RTC Properties, Inc., is a wholly-owned subsidiary of Neu Brothers Holdings, Inc. No publicly held corporation owns 10% or more of RTC Properties, Inc.'s stock. |

|  | Plaintiff | Disclosures |
|---|---|---|
| 30. | Sequa Corporation (n/k/a Chromalloy Corporation) | Sequa Corporation (n/k/a Chromalloy Corporation) is a Delaware corporation with a principal place of business at 4100 RCA Boulevard, Palm Beach Gardens, Florida. Sequa Corporation (n/k/a Chromalloy Corporation) is a privately held corporation, owned by Casablanca Buyer, Inc., a privately held corporation, which in turn is ultimately owned by Veritas Capital Fund VIII, LP, a privately held fund, and Veritas Capital Fund Management, L.L.C., a limited liability company. |
| 31. | Stanley Black & Decker, Inc. | Stanley Black & Decker, Inc. is a Connecticut corporation with a principal place of business at 1000 Stanley Drive, New Britain, Connecticut. Stanley Black & Decker, Inc. is a publicly held corporation that does not have a parent corporation. No other publicly held corporation owns 10% or more of its stock. |
| 32. | Sun Chemical Corporation | Sun Chemical Corporation is a Delaware corporation with a principal place of business at 35 Waterview Boulevard, Parsippany, New Jersey. Sun Chemical Corporation is a subsidiary of Sun Chemical Group Coöperatief U.A. and its ultimate parent corporation is DIC Corporation, which is publicly held and traded on Japan's Nikkei Stock Exchange. |
| 33. | Textron, Inc. | Textron, Inc. is a Delaware corporation with a principal place of business at 40 Westminster Street, Providence, Rhode Island. The Vanguard Group, Inc. owns 11.66% of Textron Inc. |
| 34. | TFCF America, Inc. | TFCF America, Inc. is a Delaware corporation with a principal place of business at 500 South Buena Vista Street, Burbank, California. TFCF America, Inc., is an indirect wholly-owned subsidiary of The Walt Disney Company, which is a publicly held corporation. Fox Corporation is an indemnitor to the Walt Disney Company with respect to certain matters relating to TFCF America, Inc. |
| 35. | The Okonite Company, Inc. | The Okonite Company, Inc. is a Delaware corporation with a principal place of business at 102 Hilltop Road, Ramsey, New Jersey. The Okonite Company, Inc. is a New Jersey Corporation. It has no parent companies and no other publicly held company owns ten (10) percent or more of its stock. |