MCDERMOTT WILD LLC
900 Haddon Ave., Suite 233
Collingswood, NJ 08108
Tel.   (856) 746-7962
By:    John J. McDermott, Esq.
       (jmcdermott@mcdermottwild.com)
       Lauren Krohn Wild, Esq.

GIBBS & BRUNS, LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
Tel.   (713) 650-8805
By:    Kathy D. Patrick, Esq.
       (kpatrick@gibbsbruns.com)
       Anthony N. Kaim, Esq.
       Kevin A. Hoang, Esq.

*Attorneys for Defendant*
*Occidental Chemical Corporation*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| BASF CATALYSTS LLC, *et al.*, | ) |
| | ) Hon. Madeline Cox Arleo |
| Plaintiffs, | ) Hon. Leda Dunn Wettre |
| | ) |
| v. | ) Civil Action No. 2:26-cv-01226 |
| | ) |
| OCCIDENTAL CHEMICAL | ) Return date: April 20, 2026 |
| CORPORATION, | ) |
| | ) Oral Argument Requested |
| Defendant. | ) |
| | ) |

## OCCIDENTAL CHEMICAL CORPORATION'S
## NOTICE OF RULE 12(b) MOTION TO DISMISS

**PLEASE TAKE NOTICE** that Defendant Occidental Chemical Corporation, a Texas corporation ("OCC Texas"), shall move before the Honorable Madeline Cox Arleo, U.S.D.J. at a date and time to be determined by the Court, for an Order dismissing Plaintiffs' Complaint in this action with prejudice. OCC Texas moves to dismiss Plaintiffs' Complaint under Fed. R. Civ. P. 12(b)(1), because Plaintiffs' claims are not ripe and the Court lacks subject matter jurisdiction to decide them. OCC Texas also moves to dismiss under Fed. R. Civ. P. 12(b)(7) because the Complaint fails to join a required party under Fed. R. Civ. P. 19, and under Fed. R. Civ. P. 12(b)(6) because the Complaint fails to state a claim. Finally, and separately, OCC Texas urges the Court to dismiss the action under the discretion granted to it by the Declaratory Judgment Act, 28 U.S.C. § 2201.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, OCC Texas will rely on the accompanying Brief in Support of the Motion to Dismiss, which discusses in detail the grounds for the Motion, any additional replies or submissions made hereafter, and all pleadings and proceedings on file.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted this Motion.

Dated: March 24, 2026

Respectfully submitted,

MCDERMOTT WILD LLC

By:    s/ *John J. McDermott*
John J. McDermott, Esq.
(jmcdermott@mcdermottwild.com)
Lauren Krohn Wild, Esq.
900 Haddon Ave., Suite 233
Collingswood, NJ 08108
Tel. (856) 746-7962

GIBBS & BRUNS, LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
Tel. (713) 650-8805
Kathy D. Patrick, Esq.*
(kpatrick@gibbsbruns.com)
Anthony N. Kaim, Esq.*
Kevin A. Hoang, Esq.*

*Attorneys for Defendant*
*Occidental Chemical Corporation*


*\*Pro hac vice* application to be filed.

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 24, 2026, a copy of Occidental

Chemical Corporation's Rule 12(b) Motion to Dismiss was served on all counsel of

record via ECF.


Dated:  March 24, 2026                    By:  s/ *John J. McDermott*
                                               John J. McDermott, Esq.