MCDERMOTT WILD LLC
900 Haddon Ave., Suite 233
Collingswood, NJ 08108
Tel:   (856) 746-7962
By:    John J. McDermott, Esq.
       (jmcdermott@mcdermottwild.com)
       Lauren Krohn Wild, Esq.

GIBBS & BRUNS, LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
Tel.   (713) 650-8805
By:    Kathy D. Patrick, Esq.
       (kpatrick@gibbsbruns.com)
       Anthony N. Kaim, Esq.
       Kevin A. Hoang, Esq.

*Attorneys for Defendant*
*Occidental Chemical Corporation*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| BASF CATALYSTS LLC, *et al.*, ) | |
| ) | Hon. Madeline Cox Arleo |
| Plaintiffs, ) | Hon. Leda Dunn Wettre |
| ) | |
| v. ) | Civil Action No. 2:26-cv-01226 |
| ) | |
| OCCIDENTAL CHEMICAL ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CERTIFICATION OF JOHN J. MCDERMOTT, ESQ. IN SUPPORT OF
DEFENDANT OCCIDENTAL CHEMICAL CORPORATION'S
<u>RULE 12(b) MOTION TO DISMISS</u>**

I, JOHN J. MCDERMOTT, being of full age, hereby certify to the following:

1.      I am an attorney at law of the State of New Jersey and a partner with the law firm of McDermott Wild LLC, counsel for Defendant Occidental Chemical Corporation, a Texas Corporation, in the above-captioned matter. As such, I am fully familiar with the facts set forth herein.

2.      Attached as **Exhibit A** is a true and correct excerpted copy of EPA's March 3, 2016 Record of Decision for Operable Unit 2 ("OU2") of the Diamond Alkali Superfund Site (the "Site").

3.      Attached as **Exhibit B** is a true and correct copy of an EPA Region 2 news release entitled "EPA Secures $165 Million Agreement with Occidental Chemical to Conduct the Work Needed to Start the Cleanup of the Lower Eight Miles of the Passaic River," dated October 5, 2016.

4.      Attached as **Exhibit C** is a true and correct copy of a letter from EPA approving the final clean-up design for OU2, dated May 6, 2024.

5.      Attached as **Exhibit D** is a true and correct copy of EPA's September 28, 2021 Record of Decision Summary for Operable Unit 4 ("OU4") of the Site.

6.      Attached as **Exhibit E** is a true and correct copy of a letter from EPA regarding OxyChem NY's performance of the remedial design for the OU4 interim remedy, dated April 7, 2023.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  March 24, 2026                          By:  s/ *John J. McDermott*
                                                     John J. McDermott, Esq.

3