# Exhibit A

# DECISION SUMMARY

## Lower 8.3 Miles of the Lower Passaic River
## Part of the Diamond Alkali Superfund Site
## Essex and Hudson Counties, New Jersey



**U.S. Environmental Protection Agency**
**Region II**
**New York, New York**
**March 3, 2016**

## 1.  SITE NAME, LOCATION AND BRIEF DESCRIPTION

The Diamond Alkali Site, U.S. Environmental Protection Agency (EPA) ID# NJD980528996, consists of the former Diamond Alkali facility at 80-120 Lister Avenue in Newark, New Jersey, the Lower Passaic River Study Area (LPRSA), the Newark Bay Study Area and the areal extent of contamination. The LPRSA is located in (flows through) Essex, Hudson, Passaic and Bergen Counties (see Figure 1 in Appendix I). This Record of Decision (ROD) addresses the risks associated with contaminated sediments of the lower 8.3 miles of the LPRSA, which was also referred to in the Proposed Plan as the Focused Feasibility Study Area (FFS Study Area).

The lower 8.3 miles of the Lower Passaic River in northeastern New Jersey extends from the river's confluence with Newark Bay at River Mile (RM) 0 to RM 8.3 near the border between the City of Newark and Belleville Township. The lower 8.3 miles of the Lower Passaic River is part of the LPRSA, which is the 17-mile, tidal portion of the Passaic River, from RM 0 to Dundee Dam (RM 17.4), and its watershed, including the Saddle River (RM 15.6), Third River (RM 11.3) and Second River (RM 8.1).  (See Figure 1.)

The 17-mile LPRSA, which is the subject of an ongoing study, is bounded at the upper end by the Dundee Dam, which isolates the Upper Passaic River from the tidal mixing of sediments that influences the lower portions of the river, and at the lower end by the confluence of the Lower Passaic River and Newark Bay. Within the Lower Passaic River, the sediments of the lower 8.3 miles have been identified as a major source of contamination to the rest of the Lower Passaic River and Newark Bay. Unlike rivers that flow in one direction, the tides in the Lower Passaic River move water and suspended sediments back and forth twice a day, meaning that there is no flow-based starting point for cleanup. This supports addressing the most highly contaminated areas first within an overall remediation framework. For these reasons, EPA completed the lower 8.3-mile remedial investigation and focused feasibility study (RI/FFS) to evaluate taking action to address these sediments, while the comprehensive study of the 17-mile LPRSA is completed.

The sediments of the lower 8.3 miles of the Lower Passaic River pose an unacceptable risk to human health and the environment due to the presence of a variety of contaminants, most of which stay in the environment for a long time and bioaccumulate in fish and crab. These contaminants include polychlorinated dibenzo-*p*-dioxins and furans (dioxins and furans), polychlorinated biphenyls (PCBs), polycyclic aromatic hydrocarbons (PAHs), Total DDx[1] and other pesticides, mercury, lead and other metals.

The lower 8.3 miles of the Lower Passaic River are located in a highly developed urban area, with approximately 1.4 million people living in Essex County (west bank) and Hudson County (east bank). At the mouth of the river (RM 0) and around Newark Bay, the near-shore land uses

---

[1] DDT is a common name that refers to an industrially produced, chlorinated pesticide, dichlorodiphenyl-trichloroethane. DDT breaks down in the environment to form 4,4'-dichlorodiphenyldichloroethane (DDD) and 4,4'-dichlorodiphenyldichloroethylene (DDE). The term Total DDx used in this document refers to the sum of DDT, DDD and DDE concentrations.

Record of Decision                                                                                                              1
Lower 8.3 Miles of the Lower Passaic River
Part of the Diamond Alkali Superfund Site
March 2016

are commercial and industrial, in part to take advantage of the transportation infrastructure (rail, air and marine). Farther upriver, beginning near RM 4, commercial uses of near-shore properties begin to be mixed with more residential and recreational uses as well. There are narrow bands of park and open space along the river, surrounded by commercial and dense urban residential development. Near RM 7, there are marinas and boat launches along with park land surrounded by more suburban residential neighborhoods. Hard shorelines, such as bulkhead and riprap (some with overhanging vegetation) make up approximately 95 percent of the banks of the lower 8.3 miles, while aquatic vegetation predominates along about 5 percent of the banks. Approximately 100 acres of the 650-acre lower 8.3 miles consist of mudflats. Intertidal mudflats and the associated shallow-water subtidal areas are important habitats for estuarine organisms, providing valuable foraging habitat for fish, blue crab and waterbirds.

The Lower Passaic River has a federally authorized navigation channel which, when it was first constructed in the 1880s, extended to RM 8.1. It was expanded to its maximum length, to RM 15.4, in 1915, with depths ranging from 30 feet (from RM 0 to RM 2.6) to 10 feet at the farthest upstream reaches. After construction, the U.S. Army Corps of Engineers (USACE) dredged the channel regularly to maintain navigation and prevent infilling with sediments. The channel below RM 1.9 was regularly maintained until 1983. The channel above RM 1.9 was dredged periodically through the 1950s, with one segment maintained as late as 1976 (from RM 9.0 to RM 10.2).

As maintenance dredging declined and eventually stopped, this channel filled with sediments. At the same time, industries and municipalities disposed of wastewaters in the river. The coincidence of chemical disposal in the river and the filling-in of the navigation channel created ideal conditions for the accumulation of contaminated sediments in the Lower Passaic River (see Section 5.3 for further discussion).

The Lower Passaic River's cross-sectional area declines steadily moving upstream from RM 0 to RM 17.4, with a pronounced constriction at RM 8.3 (see Figure 2). At that location, there is also a pronounced change in sediment texture. The river bed below RM 8.3, from bank to bank, is dominated by fine-grained sediments (primarily silts) with pockets of coarser sediments (sand and gravel). Above RM 8.3, the river bed is dominated by coarser sediments with smaller areas of fine-grained sediments, often located outside the channel. About 85 percent of the fine-grained sediment surface area of the Lower Passaic River bed is located below RM 8.3 and, by volume, about 90 percent of fine-grained sediments in the Lower Passaic River are located below RM 8.3. Due to a combination of a wider cross-section and a deeper navigation channel below RM 8.3 (16 to 30 feet) than above RM 8.3 (10 feet), thicker and wider beds of contaminated sediments accumulated below RM 8.3 than above it. The total estimated inventory of contaminated fine-grained sediments in the lower 8.3 miles (surface and deeper sediments combined) is approximately 9.7 million cubic yards (cy).

The contaminants of concern (COCs), discussed in Section 5.2, tend to bind tightly to fine-grained sediment particles. Therefore, the majority of the contamination tends to be found in

Record of Decision
Lower 8.3 Miles of the Lower Passaic River
Part of the Diamond Alkali Superfund Site
March 2016

2

areas that are predominantly comprised of fine-grained sediments which, for the Lower Passaic River, are the lower 8.3 miles.

## 2. SITE HISTORY AND ENFORCEMENT ACTIVITIES

The Passaic River was one of the major centers of the American industrial revolution starting two centuries ago. Early manufacturing, particularly textile mills, developed in the area around Great Falls in the city of Paterson, which is eight miles upriver of the Dundee Dam.  The Dundee Dam, constructed along with a canal and locks in the mid-nineteenth century on top of an earlier dam, was originally conceived to provide water power to nearby businesses, supporting further industrialization along the banks of the river.  By the end of the nineteenth century, a multitude of industrial operations, such as manufactured gas plants, paper manufacturing and recycling facilities, petroleum refineries, shipping, tanneries, creosote wood preservers, metal recyclers and manufacturers of materials such as rubber, rope, textiles, paints and dyes, pharmaceuticals and chemicals, had located along the river's banks as cities such as Newark and Paterson grew. Industrial operations and municipalities used the river for wastewater disposal. To date, over 100 industrial facilities have been identified as potentially responsible for discharging contaminants into the river including, but not limited to, dioxins and furans, PCBs, PAHs, DDT and other pesticides, mercury, lead and other metals.

Along with the Dundee Dam, which physically isolates Dundee Lake and the upper river from lower river influences, another defining component of the development and urbanization of the Lower Passaic River was the construction of a navigable channel for commercial vessels. Between 1884 and 1915, dredging projects authorized by Congress and constructed by USACE created a federally authorized navigation channel from RM 0 to RM 15.4 (at Wallington, New Jersey). Further deepening of the channel was authorized by Congress in 1930.[2] In 1932, the navigation channel was constructed to its maximum dredged depth: 30 feet from RM 0 to RM 2.6; 20 feet from RM 2.6 to RM 4.6; 16 feet from RM 4.6 to RM 8.1; and 10 feet from RM 8.1 to RM 15.4. USACE performed dredging to maintain the channel through the 1950s above RM 1.9 and until 1983 below RM 1.9. Further details of the federally authorized navigation channel can be found in Section 6.

### 2.1. Superfund History

The Lower Passaic River is a part of the Diamond Alkali Superfund Site. EPA's response at the Site began at a former manufacturing facility located at 80-120 Lister Avenue in Newark, New Jersey, at RM 3.4. Manufacturing of DDT and other products began at this facility in the 1940s. In the 1950s and 1960s, the facility was operated by the Diamond Alkali Company (later purchased by and merged into Occidental Chemical Corporation, or OCC).  Between March 1951 and August 1969, the Diamond Alkali Company manufactured the chemical 2,4,5-trichlorophenol (2,4,5-TCP) and the herbicides 2,4-dichlorophenoxyacetic acid (2,4-D) and 2,4,5-trichlorophenoxyacetic acid (2,4,5-T), ingredients in the defoliant "Agent Orange."  A by-

---

[2] Rivers and Harbors Act of 1930, Pub. L. 520.

Record of Decision                                                                                3
Lower 8.3 Miles of the Lower Passaic River
Part of the Diamond Alkali Superfund Site
March 2016

product of the manufacturing was 2,3,7,8-tetrachlorodibenzo-*p*-dioxin (2,3,7,8-TCDD), the most toxic form of dioxin. These substances have all been found in Lower Passaic River sediment and fish/crab tissue.

### 2.1.1. Preliminary Actions

Based on investigations by NJDEP and EPA, the Diamond Alkali Site was placed on the National Priorities List in 1984. After further investigations and several emergency response actions that addressed dioxin found on nearby properties, EPA issued a ROD in 1987 to select an interim containment remedy for the Lister Avenue facility. The remedy consisted of capping, subsurface slurry walls, and a groundwater collection and treatment system to prevent exposure to contaminated soil (that originated at the facility and that was brought back to the facility from neighboring lots), and prevent further releases to the river.

Construction of the remedy at the 80-120 Lister Avenue facility was carried out by OCC and the owner of the facility, Chemical Land Holdings, Inc., now Tierra Solutions, Inc. (Tierra), under EPA oversight. Construction was completed in 2001. Maintenance of the facility is performed by Tierra on OCC's behalf, under EPA oversight. EPA performs periodic reviews of the remedy.

### 2.1.2. The Six-Mile Study

In 1994, OCC agreed to an administrative order on consent (AOC) with EPA to investigate a six-mile stretch of the Lower Passaic River (RM 1 to RM 7), with the work performed by Tierra on OCC's behalf. This investigation found COCs that originated from the Diamond Alkali facility, in particular, 2,3,7,8-TCDD and pesticides, throughout the six miles, with the highest concentrations adjacent to the 80-120 Lister Avenue facility. This investigation also found many other COCs not clearly linked to Diamond Alkali's operations, and indicated that contaminated sediments moved into and out of the six-mile stretch, leading to the conclusion that a more comprehensive study was required. In 2002, EPA expanded the scope of the investigation to include the entire 17-mile Lower Passaic River.

### 2.1.3. The 17-Mile Study

While working with OCC and Tierra on the Lister Avenue facility and the first studies of the river, EPA also identified other potentially responsible parties (PRPs) for the Lower Passaic River. A number of companies that owned or operated facilities from which hazardous substances were potentially discharged to the river formed the Cooperating Parties Group (CPG). In 2004, EPA signed a settlement agreement with CPG members in which the settling parties agreed to pay for EPA to perform the 17-mile LPRSA remedial investigation and feasibility study (RI/FS). The settlement agreement was amended in 2005 and 2007, adding more parties to reach a total of over 70 settling parties. From 2004 to 2007, EPA investigated contamination in sediments and water of the Lower Passaic River, and investigated the major tributaries, combined sewer overflows (CSOs) and stormwater outfalls (SWOs) to the river. In 2007, CPG members entered into a new AOC with EPA, in which the settling parties agreed to take over the

Record of Decision
Lower 8.3 Miles of the Lower Passaic River
Part of the Diamond Alkali Superfund Site
March 2016

4

performance of the 17-mile LPRSA RI/FS from EPA.  Since 2007, the membership of the CPG has continued to change. EPA understands that some of the settling parties that signed the AOC are no longer members of the CPG and, also, that the CPG may include members that are not signatories to the AOC.

The CPG performed sampling for the RI between 2008 and 2014, and has submitted to EPA draft human health and ecological risk assessments, and draft RI and FS reports.  These documents are currently under review. While EPA cannot predict with precision the timing for completion of the 17-mile LPRSA RI/FS, selection of a remedy for the 17-mile LPRSA likely will not occur before 2017. However, the lower 8.3-mile RI/FFS prepared by EPA to support this ROD did incorporate data collected by EPA and the CPG for the 17-mile LPRSA RI/FS, among other datasets, and EPA has shared its lower 8.3-mile findings with the CPG to support the 17-mile RI/FS.

### 2.1.4.  The Newark Bay Study

In 2004, EPA and OCC signed an AOC in which OCC agreed to conduct a separate RI/FS of the Newark Bay Study Area (Newark Bay and portions of the Hackensack River, Arthur Kill and Kill van Kull), investigating the extent of dioxin contamination and co-located contaminants, under EPA oversight. As with the 1994 agreement, Tierra is performing the work on OCC's behalf. This study of Newark Bay is ongoing.

### 2.1.5.  The Tierra Removal

In June 2008, EPA, OCC and Tierra signed an AOC for a non-time-critical removal action to remove 200,000 cy of contaminated sediment from the river (from RM 3.0 to RM 3.8) adjacent to the 80-120 Lister Avenue facility. This action is referred to as the "Tierra Removal." Sediment at depth adjacent to the facility has been found to have the highest levels of 2,3,7,8-TCDD measured in the river.  Dredging, dewatering and transport off site of the first 40,000 cy of sediment (known as Phase 1 of the Tierra Removal) was completed in 2012. The AOC contemplates that Phase 2 (160,000 cy) will undergo a separate engineering study and proposal that will be submitted to the public for review and comment at a later date. In 2015, Tierra, on behalf of OCC, collected additional samples in the Phase 2 area. As of the date of this ROD, EPA and OCC are in discussions with respect to Phase 2. Both phases of this removal action are considered "source removal" projects.

### 2.1.6.  The RM 10.9 Removal

In June 2012, EPA and the CPG signed an AOC for a time-critical removal action to address the risks posed by high concentrations of dioxins, PCBs and other contaminants found at the surface of a mudflat on the east bank of the river at RM 10.9 in Lyndhurst, New Jersey. This action is referred to as the "RM 10.9 Removal." The action involved placing an engineered cap over contaminated sediments, thereby reducing exposure and preventing migration of the contamination to other parts of the river. In order to ensure that the action did not exacerbate

Record of Decision
Lower 8.3 Miles of the Lower Passaic River
Part of the Diamond Alkali Superfund Site
March 2016

5

flooding, a sufficient volume of surface sediments was first dredged from the area to make space for the cap. The CPG began work in 2013 and substantially completed it in 2014, with the exception of a relatively small area of contaminated sediments located above a utility pipeline that runs under the river. An investigation of this area is ongoing. The AOC also required a Long Term Monitoring Plan, which, as of the date of this ROD, has not been completed. This time-critical removal action is not a final remedy; a final decision for the RM 10.9 Removal area will be made by EPA as part of the 17-mile LPRSA ROD.

### 2.1.7. The Lower 8.3-Mile Study

Concurrent with these river studies and removal actions, EPA concluded that since the lower 8.3 miles of the river contain the bulk of the contaminated sediment which is the source of most of the risk associated with the Lower Passaic River, addressing this portion of the river first would better support the overall protection of human health and the environment than would awaiting the outcome of the 17-mile LPRSA RI/FS to make a decision for the entire Lower Passaic River. Because about 90 percent of the fine-grained (and, therefore, more heavily contaminated) sediment is below RM 8.3, EPA undertook a targeted RI and FFS of the lower 8.3 miles, which led to this ROD. The nature and extent of the contamination in the lower 8.3 miles of the Lower Passaic River and the remedial alternatives summarized in this ROD are described in greater detail in two documents: the *Remedial Investigation Report for the Focused Feasibility Study of the Lower Eight Miles of the Lower Passaic River* (RI Report) and the *Focused Feasibility Study Report for the Lower Eight Miles of the Lower Passaic River* (FFS Report). Both documents are available in the Administrative Record.

### 2.1.8. The Lower Passaic River Restoration Project

In 2002, at the time that the 17-mile LPRSA RI/FS was being developed, EPA also formed a partnership with USACE, the State of New Jersey, the National Oceanic and Atmospheric Administration (NOAA) and U.S. Fish and Wildlife Service (USFWS) [referred to as "the Partner Agencies"], to conduct a joint study that would bring each agency's authorities to bear on the complex environmental problems of the Lower Passaic River. The goal of the Lower Passaic River Restoration Project is to remediate contaminated sediments, improve water quality, restore degraded shorelines, restore and create new habitats and enhance human use along the 17-mile Lower Passaic River and in several tributaries from Dundee Dam near Garfield, to Newark Bay. Actions by EPA to address contaminated sediments under the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (CERCLA), as amended, is one aspect of the Project.

## 3. HIGHLIGHTS OF COMMUNITY PARTICIPATION

The Diamond Alkali Site has generated a high level of public interest since it was first identified, beginning with EPA's actions in the 1980s to remove dioxins from the neighborhoods around the Lister Avenue facility, which is located in the Ironbound section of Newark, a community that has experienced a number of other negative environmental consequences from multiple

Record of Decision
Lower 8.3 Miles of the Lower Passaic River
Part of the Diamond Alkali Superfund Site
March 2016

6

industrial and commercial operations, giving rise to environmental justice concerns. With the expansion of the scope of the project to encompass the 17-mile tidal portions of the river and Newark Bay, EPA's community outreach efforts have also expanded. A more detailed history of community involvement at the Site is provided in the *Lower Passaic River Restoration Project and Newark Bay Study Community Involvement Plan*, dated June 2006. In order to foster community involvement at the Site, beginning in 2004, EPA convened quarterly meetings with stakeholders including the Partner Agencies, municipalities, PRPs and other interested parties and members of the public called Project Delivery Team (PDT) meetings. At the PDT meetings, EPA reported on progress on various aspects of the Lower Passaic River investigation and cleanup work that was underway, including the focused study of the lower 8.3 miles of the river. In 2011, PDT meetings were replaced by Community Advisory Group (CAG) meetings.

In 2009, EPA facilitated the formation of a CAG, comprised of stakeholders with a broad range of interests. Representatives of EPA, NJDEP and the other Partner Agencies routinely attend CAG meetings, which are open to the public and generally held on a monthly basis, at which any stakeholder may be invited by the CAG chairs to share Diamond Alkali/Passaic River-related information with the community. In 2014, at the CAG's request, EPA provided the CAG with a Technical Assistance Services for Communities (TASC) contractor to respond to the CAG's technical questions related to the lower 8.3-mile RI/FFS.

In 2004, EPA awarded a Technical Assistance Grant (TAG) to the Passaic River Coalition (PRC) to assist the community in the interpretation of technical documents generated by the study of the Lower Passaic River, including the lower 8.3-mile RI/FFS. The PRC was the TAG recipient until 2013. In 2013, the New York/New Jersey Baykeeper applied for and was awarded the TAG, and continues to be the TAG recipient. The TAG advisor also provides technical assistance to the CAG.

EPA's early outreach efforts included alerting the public about New Jersey's prohibitions and advisories on fish and crab consumption for the tidal Passaic River and Newark Bay. Exposure to even low levels of contaminants through fish and crab consumption may have long-lasting health effects on people. The New Jersey prohibitions on fish and crab consumption are based on the levels of mercury, PCBs and dioxins in fish and crab. These contaminants can be especially harmful to women of childbearing age, pregnant women and nursing mothers. Children are also at risk of developmental and neurological problems if exposed to these chemicals. The NJDEP and New Jersey Department of Health have issued consumption advisories (available on the agencies' web sites) to guide anglers and other members of the public if fish and crab are harvested from within New Jersey State waters.

EPA's community participation responsibilities include soliciting community and stakeholder information, needs and opinions related to ongoing and reasonably anticipated future uses of the Lower Passaic River, including the lower 8.3 miles. EPA published an early draft FFS on its website in June 2007, inviting comment from any and all stakeholders. Written comments were submitted by the CPG, Sediment Management Workgroup, Ironbound Community Corporation, Natural Resources Defense Council and New York/New Jersey Baykeeper (jointly), Passaic

Record of Decision                                                                                                                              7
Lower 8.3 Miles of the Lower Passaic River
Part of the Diamond Alkali Superfund Site
March 2016

River Coalition, Biogenesis Enterprises, and Friends of the Passaic River. Further outreach efforts included convening PDT workgroup meetings to discuss formulating remedial alternatives, discussing current and future uses of the river with the CAG, convening a meeting of a broad range of stakeholders (from PRPs to municipal officials to environmental and community groups) in February 2011 to share views about remedial alternatives, discussing recreational uses of the river below Dundee Dam with rowing clubs, and consulting with USACE on current and future uses of the federally authorized navigation channel.  This is discussed in more detail in Section 6.

While developing its remedial plan for the lower 8.3 miles of the Lower Passaic River, EPA's Region 2 office consulted with EPA's Contaminated Sediments Technical Advisory Group (CSTAG) and National Remedy Review Board (NRRB), each of which provides an opportunity for community participation. The work at the Diamond Alkali Site has been extensively reviewed by the CSTAG, a technical advisory group that monitors the progress of and provides advice regarding large, complex or controversial sediment sites being addressed by the Superfund program. For the February 2008 CSTAG meeting, eight stakeholder groups associated with the Site were invited to present to the CSTAG their views of how the Region had applied EPA's 11 sediment management principles (Office of Solid Waste and Emergency Response [OSWER] Directive 9285.6-08) to this project. Four invitees made presentations to the CSTAG, including the City of Newark, Ironbound Community Corporation, Passaic River Coalition, and CPG. Written comments were submitted by the CPG, Natural Resources Defense Council and New York/New Jersey Baykeeper (jointly), and Passaic River Coalition. The February 2008 CSTAG meeting and subsequent progress calls in 2009 were held during the development of the FFS for the lower 8.3 miles of the Lower Passaic River. In 2012, prior to the NRRB/CSTAG joint review of the lower 8.3-mile RI/FFS, EPA Region 2 prepared a summary of the RI/FFS that would be presented to the NRRB and CSTAG, so that stakeholders could provide meaningful input to the NRRB and CSTAG. Written comments were submitted to the NRRB and CSTAG by the Passaic River Coalition, Volcano Partners, Tierra, the New York/New Jersey Baykeeper, CPG, the CAG, the State of New Jersey, USACE, and the Ironbound Community Corporation.

The RI and FFS Reports for the lower 8.3 miles of the Passaic River, and EPA's Proposed Plan for remediation of this portion of the Site were released to the public for comment on April 11, 2014 via the web site www.ourPassaic.org. These documents were also made available to the public in the Administrative Record file maintained at the Newark Public Library, 5 Washington Street, Newark, New Jersey, the Elizabeth Public Library, 11 South Broad Street, Elizabeth, New Jersey, and in the EPA Region 2 Records Center at 290 Broadway, New York City. A notice of availability of the Administrative Record was published in the Star Ledger and Luso Americano on April 25, 2014. EPA also developed fact sheets summarizing the Proposed Plan in Spanish and Portuguese to support its outreach to those communities. In addition, select documents from the Administrative Record were made accessible online at:

    http://www.ourPassaic.org
    http://www.epa.gov/region02/superfund/npl/diamondalkali

Record of Decision        8
Lower 8.3 Miles of the Lower Passaic River
Part of the Diamond Alkali Superfund Site
March 2016

A public comment period for the Proposed Plan and supporting documents was originally scheduled to extend from April 21, 2014 through June 20, 2014. EPA received requests to extend the public comment period to allow additional time for consideration of and comment on the Proposed Plan. In response to these requests, EPA extended the public comment period to July 21, 2014, then to August 20, 2014, at which time the comment period closed. EPA accepted comments by mail and also established a web mail box to accept emailed public comments.

In addition, EPA held a series of public meetings to present the findings of the RI, the FFS and EPA's Proposed Plan to the public, including local residents and officials, those who use the river for recreational or commercial purposes, and any other interested parties. Meetings were held in three communities: on May 7, 2014, at 7:00 pm at the Portuguese Sports Club, 55 Prospect Street, Newark, New Jersey; on May 21, 2014, at 6:00 pm at the Franklin School Auditorium, 100 Davis Avenue, Kearny, New Jersey; and on June 23, 2014, at 2:00 pm at the Belleville Senior Citizens Recreation Center, 125 Franklin Avenue, Belleville, New Jersey. At these meetings, representatives of EPA answered questions concerning the remedial alternatives developed as part of the FFS. Transcripts of these meetings are included in Appendix V of this ROD. Responses to comments received by EPA at these public meetings and in writing during the public comment period are included in the Responsiveness Summary (also in Appendix V).

Although not part of the formal public comment process, EPA also participated in two public forums, as follows: a "Morning Dialogue" on June 2, 2014, sponsored by Montclair State University to present information and answer questions about the RI/FFS and Proposed Plan from local government representatives; and a "Restoring Our River" forum on June 10, 2014, sponsored by the Ironbound Community Corporation to present information about the Proposed Plan to the local community. EPA also attended two Passaic River CAG meetings and a New York-New Jersey Harbor and Estuary Program Citizens Advisory Committee meeting, all open to the public, to present information and answer questions about the RI/FFS and Proposed Plan.

While EPA anticipated and accepted public comments on all of the alternatives discussed in the Proposed Plan, EPA sought public comments on two specific aspects of its preferred alternative: dredged material management (DMM) scenarios (choice of off-site disposal versus a confined aquatic disposal [CAD] site in Newark Bay) and navigational depths (whether shallower depths might accommodate reasonably anticipated future uses in the lower 2.2 miles of the river). The goal of this focused request for public comments was to ensure that community and stakeholder positions on these two issues and any new relevant information would be included in the Administrative Record and considered in the selection of the remedy. EPA's focused outreach occurred during its public meetings, but beyond these formal meetings (that are required under the Superfund statute), EPA also participated in a forum sponsored by the New Jersey Institute of Technology on July 22, 2014 that focused on dredged material disposal and navigation channel issues in the Proposed Plan.

EPA's assessment of the public comments solicited for the DMM scenarios and for the navigation depths are further discussed in Section 10.9.

Record of Decision                                                                                                    9
Lower 8.3 Miles of the Lower Passaic River
Part of the Diamond Alkali Superfund Site
March 2016

## 4.  SCOPE AND ROLE OF OPERABLE UNIT

As discussed in EPA's December 2005 *Contaminated Sediment Remediation Guidance for Hazardous Waste Sites*, EPA is employing three strategies to address the risks posed by the contamination at the Site: a phased approach, early actions and adaptive management.

### 4.1. Phased Approach and Early Actions

EPA often divides cleanup activities at complex sites into different areas or operable units (OUs), so that cleanup of environmental media or areas that have been characterized can occur while the nature and extent of contamination at the remainder of the site is still being investigated.  Such a phased approach provides for site contamination to be addressed in a more expeditious manner, generally prioritizing response actions to accelerate risk reduction and to provide additional technical site information on which to base long-term risk management decisions.  This includes taking removal actions to address imminent threats to human health while also pursuing a long-term cleanup strategy.

The Diamond Alkali Site, which includes the Lower Passaic River, has been divided by EPA into four operable units:[3]

> **Operable Unit 1 (OU1)** includes the 80-120 Lister Avenue facility and is addressed by the 1987 ROD. This is an interim containment remedy, which consists of capping, subsurface slurry wall and flood wall, and a groundwater collection and treatment system, completed in 2001. The interim remedy prevents exposure to contaminated soil (including soil that originated at the facility and that was brought back to the facility from neighboring lots), and prevents further releases to the river and groundwater. Tierra (on behalf of OCC) performs operation and maintenance of the OU1 remedy, and continues to monitor the performance of the remedy to assure the protectiveness of the actions taken to date. Based upon facility monitoring data, this OU is no longer an ongoing source of contamination to the Passaic River. Pursuant to CERCLA's requirements for remedy review, EPA has been evaluating the protectiveness of this interim remedy at least every five years since it was complete. Beginning in 2015, EPA expects to evaluate the performance of the interim remedy and the current availability of technologies that may be appropriate to address the on-site contamination over the long term. A final remedy for OU1 will be selected in the future.

> **Operable Unit 2 (OU2)** includes the lower 8.3 miles of the Lower Passaic River. The remedy selected in this document addresses the sediments of the lower 8.3 miles, the most contaminated segment of the river and a primary ongoing contaminant source to the rest of the river and Newark Bay. After considering comments on the Proposed Plan,

---

[3] EPA uses OU numbers for managing its investigation and remediation in phases. The second five-year review (June 8, 2011) identified OU2 as the Lower Passaic River and OU3 as the Newark Bay Study. EPA has concluded that renumbering the OUs as they are described here will best support the management of the project from this point forward.

Record of Decision
Lower 8.3 Miles of the Lower Passaic River
Part of the Diamond Alkali Superfund Site
March 2016

10

EPA is selecting a remedy for the lower 8.3 miles that is a final action for the sediments and an interim action for the water column.

**Operable Unit 3 (OU3)** includes the 17-mile LPRSA. After completion of the on-going RI/FS, EPA expects to select a remedy that addresses the entire Lower Passaic River, consisting of the contaminated sediments above RM 8.3 and the water column for the entire study area. The CPG performed sampling for this RI between 2008 and 2014, and has submitted to EPA draft human health and ecological risk assessments, and draft RI and FS reports[4]. These are currently under review by EPA. The lower 8.3-mile RI/FFS relied upon data collected by EPA and the CPG for the 17-mile RI/FS, and EPA has shared its lower 8.3-mile findings with the CPG to support the 17-mile RI/FS. EPA has concluded that addressing the sediments of the lower 8.3 miles first will be consistent with any remedy selected for OU3. The basis for this conclusion is further discussed in Sections 4.2 and 5.

**Operable Unit 4 (OU4)** The on-going Newark Bay Study Area RI/FS is expected to be completed following the 17-mile LPRSA RI/FS.

In addition to these implemented and planned remedial activities, the Diamond Alkali Site is being addressed by a series of other early response actions (called "removal actions" under CERCLA) that address highly contaminated areas of the river, namely, the Tierra Removal and the RM 10.9 Removal discussed previously in Section 2.1.

### 4.2. Basis for Selecting the OU2 Remedy First

As discussed in the Proposed Plan, EPA has determined that selecting a final remedy at this time for the sediments of the lower 8.3 miles of the Lower Passaic River is consistent with the EPA's approach of using operable units when a phased analysis is necessary or appropriate given the size or complexity of a site. EPA considered awaiting the conclusion of the 17-mile LPRSA RI/FS rather than selecting a remedy for only part of the Lower Passaic River. EPA concluded that the remedy for the lower 8.3 miles will be consistent with any remedy selected for the remainder of the Diamond Alkali Site, including the Lower Passaic River and Newark Bay Study Areas, for reasons discussed below.

EPA investigated potential COC sources to the Lower Passaic River, including atmospheric deposition, groundwater, industrial point sources, the Upper Passaic River (above Dundee Dam), Newark Bay, major tributaries, CSOs and SWOs. Data and screening-level analyses show that contaminated sediments that are already present on the river bottom in the lower 8.3 miles and that are resuspended and then resettle as a result of natural processes are, by a large margin, the biggest component of recently deposited sediment in the Lower Passaic River (see Section 5.3).

---

[4] Under a separate AOC, an investigation of potential discharges of hazardous substances from CSOs and SWOs into the 17-mile LPRSA is being conducted by Tierra on behalf of OCC.

Record of Decision
Lower 8.3 Miles of the Lower Passaic River
Part of the Diamond Alkali Superfund Site
March 2016

11