# Exhibit C

**REGION 2**

NEW YORK, N.Y.  10007

May 6, 2024

**BY ELECTRONIC MAIL**

Enrique Castro
Director of Operations, Glenn Springs Holdings, Inc.
2 Tower Center Boulevard, 8th Floor
East Brunswick, New Jersey 08816

RE:     Final (100%) Remedial Design
        Diamond Alkali Superfund Site, Operable Unit 2
        Lower 8.3 Miles of the Lower Passaic River
        USEPA Region 2 CERCLA Docket No. 02-2016-2021

Dear Mr. Castro:

This letter is to approve the Final (100%) Remedial Design for the lower 8.3 miles of the Lower Passaic River, Diamond Alkali Operable Unit 2, dated May 2024. The 100% Remedial Design includes the Design Criteria Report, Basis of Design Report and all appendices, Community Health and Safety Plan, Construction Quality Assurance and Quality Control Plan, Institutional Controls Implementation and Assurance Plan, Operation and Maintenance Plan, Site Wide Monitoring Plan, and Transportation and Offsite Disposal Plan.

Please contact Alice Yeh, Remedial Project Manager, at 212-637-4427 with any questions.

Sincerely yours,


Michael Sivak, Branch Manager
Passaic, Hackensack and Newark Bay Remediation Branch
Superfund and Emergency Management Division