# Exhibit D

# RECORD OF DECISION

# FOR AN INTERIM REMEDY IN THE

# UPPER 9 MILES OF THE

# LOWER PASSAIC RIVER STUDY AREA

# OU4 OF THE DIAMOND ALKALI SUPERFUND SITE

# ESSEX, BERGEN AND PASSAIC COUNTIES, NEW JERSEY



**U.S. Environmental Protection Agency**

**Region 2**

**September 2021**



630399

## DECLARATION FOR THE RECORD OF DECISION

### FACILITY NAME AND LOCATION

Diamond Alkali Superfund Site
Operable Unit 4 – Lower Passaic River Study Area
Upper 9 Miles
Essex, Bergen and Passaic Counties, New Jersey

EPA Superfund Site Identification Number ~~NJD980529879~~ NJD980528996

### STATEMENT OF BASIS AND PURPOSE

This Record of Decision (ROD) documents the U.S. Environmental Protection Agency's (EPA's) selection of an interim remedy (IR) for source control to address contamination in the Lower Passaic River Study Area (LPRSA), which is Operable Unit 4 (OU4) of the Diamond Alkali Superfund Site (the Site). The IR was chosen in accordance with the requirements of the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) of 1980, as amended, 42 U.S.C. §§ 9601-9675, and the National Oil and Hazardous Substances Pollution Contingency Plan (NCP), 40 C.F.R. Part 300. This decision document explains the factual and legal basis for selecting the IR. The Administrative Record Index (Appendix 3) identifies the items that comprise the Administrative Record upon which the selected IR is based.

The State of New Jersey was consulted on the IR in accordance with CERCLA Section 121(f), 42 U.S.C. § 9621(f). The State of New Jersey concurs with EPA's selection of the IR alternative documented in this ROD (Appendix 4).

### ASSESSMENT OF THE SITE

The response action selected in this ROD is necessary to protect the public health or welfare  or the environment from actual or threatened releases of hazardous substances into the environment.

### DESCRIPTION OF THE SELECTED REMEDY

The IR selected in this ROD is a source control IR in the upper 9 miles of the LPRSA. The objective of the IR for the upper 9 miles of the LPRSA is to remediate sediment source areas, focusing on 2,3,7,8-tetrachlorodibenzo-*p*-dioxin (2,3,7,8-TCDD) and total polychlorinated biphenyls (PCBs) as contaminants of concern (COCs). The IR will also address collocated contaminants in the areas of remediation. EPA determined that, for this IR, surface weighted average concentration (SWAC)-based goals will be used to determine if the sediment source areas have been remediated.

i

Record of Decision
Upper 9 Miles of the Lower Passaic River
Operable Unit 4 of the Diamond Alkali Superfund Site
September 2021

The major components of the selected IR include the following:

- A comprehensive pre-design investigation (PDI) will be implemented to assess baseline conditions, inform the IR design, and facilitate post-IR confirmatory sampling and response and recovery assessment.
- Areas where surface sediments (0 to 0.5 ft) have elevated concentrations of 2,3,7,8-TCDD and/or total PCBs between river mile (RM) 8.3 and RM 15 will be targeted through dredging and capping, achieving a post-IR 2,3,7,8-TCDD SWAC of 75 parts per trillion (ppt) and implementing a total PCB surface remedial action level (RAL) of 1 part per million (ppm).
- Areas between RM 8.3 and RM 15 that are vulnerable to erosion and have elevated subsurface concentrations of 2,3,7,8-TCDD and/or total PCBs will be dredged and capped.
- Dredging will be performed to the depth(s) necessary to construct a sediment cap that is designed to isolate underlying contamination, prevent contaminant migration, resist erosion, and will not diminish water depth or exacerbate flooding.
- Dredged material will be processed, stabilized, and then disposed of off-site.
- The specific composition and thickness of the cap will be determined in the IR design, and dredge depth and cap composition/thickness may vary in portions of the remediation footprint.
- Some areas may be dredged to native (uncontaminated) sediments based on a cost-effectiveness review. In these areas, there would be no need for an engineered cap and associated operation and maintenance (O&M). Dredging without capping in these areas could enhance the overall long-term effectiveness and permanence of the IR.
- The area above RM 15 will be assessed carefully during the IR design based on the PDI data to identify potential source areas.
- Appropriate and necessary institutional controls (ICs) will be implemented in conjunction with the IR.
- Monitoring and sampling will be performed to evaluate the IR during construction and to assess post-IR conditions.
- Adaptive management will be applied to evaluate IR performance, assess the response of the system to the IR and the long-term recovery of the system, and to inform selection of a final risk-based remedy in a final ROD.

The cost of the IR is $441 million.

**DECLARATION OF STATUTORY DETERMINATIONS**

This response action (1) is protective of human health and the environment in the short term and is intended to provide adequate protection until a final ROD for the LPRSA is signed and the final remedy implemented, (2) complies with those federal and state requirements that are applicable or relevant and appropriate for this limited-scope action, and (3) is cost-effective. Although the IR is not intended to address fully the statutory mandate for permanence it will

ii

Record of Decision
Upper 9 Miles of the Lower Passaic River
Operable Unit 4 of the Diamond Alkali Superfund Site
September 2021

provide remedy elements (e.g., the engineered cap) that are permanent and will not be incompatible with nor preclude a final remedy.

Through the IR, the mobility of the COCs removed from the upper 9 miles of the LPR will be effectively eliminated not through treatment, but by shipping the dredged sediments to disposal facilities. There would be no reduction in toxicity, mobility or volume of the COCs specifically through treatment. However, an amendment (e.g., Portland cement) will be added (as needed) to stabilize the removed material and meet transportation and disposal requirements. The addition of an amendment will reduce the mobility of contaminants contained within the sediments compared to unamended sediments. In addition, the engineered cap will effectively isolate the remaining sediments that are not removed, and a carbon amendment will be incorporated into the cap to prevent the migration of contamination through the cap. While the IR will not meet the statutory preference for utilizing treatment to the maximum extent practicable, a degree of treatment is a secondary benefit of ex situ amendment addition during sediment processing (for transportation and disposal requirements) and for the activated carbon component of the isolation cap.

Because the IR will result in hazardous substances, pollutants, or contaminants remaining on-site above levels that allow for unlimited use and unrestricted exposure, five-year reviews will be required to ensure that the remedy is, or will be, protective of human health and the environment. The schedule for the five-year reviews for the Diamond Alkali Superfund Site was initially set by the on-site mobilization of contractors in 2000 to initiate the remedial action at OU1 of the Site (i.e., the 80-120 Lister Avenue facility); the submittal of each successive five-year review is triggered by signature of the prior five-year review. In addition, because the selected remedy is an IR, review of this remedy will be ongoing as EPA continues to develop final remedial alternatives for the LPRSA.

## ROD DATA CERTIFICATION CHECKLIST

## DATA CERTIFICATION CHECKLIST

The following information is included in the Decision Summary section of this ROD. Additional information can be found in the Administrative Record file for the LPRSA.

• COCs and their respective concentrations are in Section 5, "Summary of Site Characteristics."

• Current and reasonably anticipated future use assumptions used in the baseline risk assessment and ROD are in Section 6, "Current and Potential Future Site and Resource Uses."

• Baseline risks for human health and the environment represented by the COCs are in Section 7, "Summary of Site Risks."

• Remedial Action Objectives, which provide a basis for determining if the IR has been conducted as described by this ROD, are in Section 8, "Remedial Action Objectives."

Record of Decision
Upper 9 Miles of the Lower Passaic River
Operable Unit 4 of the Diamond Alkali Superfund Site
September 2021

• Estimated capital, O&M, and total present value costs (the applied discount rate and the number of years over which the IR cost estimates are projected) are in Section 10, "Comparative Analysis of Remedial Alternatives."

• Key factors that led to selecting the IR (i.e., how the selected IR provides the best balance of tradeoffs with respect to the balancing and modifying criteria and highlighting factors key to the selection) are also in Section 10, "Comparative Analysis of Remedial Alternatives."

**AUTHORIZING SIGNATURE**

Michael S. Regan, Administrator

SEP 2 8 2021

Date

iv

Record of Decision
Upper 9 Miles of the Lower Passaic River
Operable Unit 4 of the Diamond Alkali Superfund Site
September 2021