# Exhibit E



# UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
**REGION II**
**290 BROADWAY**
**NEW YORK, NEW YORK 10007-1866**

April 7, 2023

VIA EMAIL ONLY

Larry Silver, Esq.
Langsam Stevens Silver & Hollaender, LLP
1818 Market Street, Suite 2610
Philadelphia, PA 19103
lsilver@lssh-law.com

Re:    Diamond Alkali Superfund Site, Operable Unit 4
       Unilateral Administrative Order for Remedial Design
       USEPA Region 2 CERCLA Docket No. 02-2023-2011

Dear Mr. Silver:

On March 2, 2023, the United States Environmental Protection Agency ("EPA") issued a Unilateral Administrative Order ("UAO") under Section 106(a) of the Comprehensive Environmental Response, Compensation, and Liability Act, as amended ("CERCLA"), 42 U.S.C. § 9606(a), to Occidental Chemical Corporation ("Occidental") to perform the remedial design for the interim remedy selected in EPA's Record of Decision ("ROD") issued in September 2021 for the upper 9 miles of the Lower Passaic River, Operable Unit 4 of the Diamond Alkali Superfund Site.

By letter dated March 10, 2023, Occidental submitted its Notice of Intent to Comply with the UAO.  The Effective Date of the UAO is March 13, 2023.

Pursuant to Section XII, Paragraph 60 of the UAO, EPA requires Occidental to establish financial assurance in the amount of $115 million.  As you know, the purpose of financial assurance is to ensure the availability of funds for cleanups without using limited Superfund resources. The Guidance on Financial Assurance in Superfund Settlement Agreements and Unilateral Administrative Orders, April 6, 2015,[1] ("April 2015 Guidance") states that, "FA requirements are generally designed to ensure that sufficient funds are available for the government or another party to complete cleanup work if a PRP does not perform the required work."[2]  The April 2015 Guidance goes on to say, "the required FA amount should capture EPA's indirect costs and the costs of long-term measures, such as O&M."[3]  Therefore, the

---

[1] https://www.epa.gov/sites/default/files/2015-04/documents/fa-guide-2015.pdf
[2] See page 5.
[3] Id.

appropriateness of using EPA's cost estimates for the remedial design work required by the UAO is supported by EPA guidance.

While Occidental mentioned in its March 10th Notice of Intent to Comply that, in its view, the financial assurance amount should be lower than the amount that EPA required in the UAO, Occidental nonetheless stated that it "intends to provide financial assurance in compliance with and up to the amount specified in the Order" and did not avail itself of the opportunity to meet and confer on this issue with EPA prior to the effective date of the UAO. Nor did Occidental seek a modification of the financial assurance amount consistent with Paragraph 67 of the UAO, which requires a written request with an appropriate explanation of the basis for the requested changes. Rather, Occidental discussed these issues informally with EPA during a technical meeting with EPA on March 28, 2023.

EPA has considered Occidental's comments conveyed during the technical meeting regarding the appropriate amount of financial assurance. Upon further review of the underlying EPA cost estimate, EPA has made adjustments and is hereby modifying the amount of financial assurance required under the UAO to $92,655,000. In particular, as per the table below, EPA has adjusted the last three tasks under "Indirect Capital Costs" in Table 12-1 Alternative C Cost Estimate Summary (page 2 of 3) of the ROD, which provides the basis for the financial assurance amount set forth in the UAO, to reflect the estimated costs associated with the performance of the remedial design.

| Task | Units | Quantity | Unit Price | Total Cost |
|---|---|---|---|---|
| Pre-Design Investigations (PDI) | Lump Sum | 1 | $50,000,000 | $50,000,000 |
| Remedial Design (RD) | Lump Sum | 1 | $21,000,000 | $21,000,000 |
| Coordination with Agencies/Stakeholders | % | 0.5 | PDI + RD | $355,000 |
| Project Management | % | 5 | PDI + RD | $3,550,000 |
| Contingency | % | 25 | PDI + RD | $17,750,000 |
| **TOTAL Estimated Cost of the Work** | | | | **$92,655,000** |

EPA expects that this modification in the calculated financial assurance amount has resolved this matter. Please note that this modification is being made pursuant to Paragraph 67 of the UAO, and without waiving the requirements that for any request to reduce the amount of financial assurance or change the form or terms, the requirements of the UAO must be adhered to.

If you have any questions, please contact Assistant Regional Counsel, Frances M. Zizila, at (212) 637-3135.

Sincerely,


Eric Wilson
Deputy Director for Enforcement & Homeland Security

cc:    Kathy Patrick, Esq.