**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | |
|---|---|
| BASF CATALYSTS LLC, *et al.*, | ) Hon. Madeline Cox Arleo |
| | ) Hon. Leda Dunn Wettre |
| Plaintiffs, | ) |
| | ) Civil Action No. 2:26-cv-01226 |
| v. | ) |
| | ) |
| OCCIDENTAL CHEMICAL | ) |
| CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT
OCCIDENTAL CHEMICAL CORPORATION'S
<u>RULE 12(b) MOTION TO DISMISS</u>**

**THIS MATTER** having come before the Court by way of motion of Defendant Occidental Chemical Corporation, a Texas corporation, for entry of an Order dismissing with prejudice Plaintiffs' Complaint, and the Court having considered the submissions of the parties and the arguments of counsel (if any), and for good cause having been shown,

**IT IS** on this _____ day of _____, 2026,

**ORDERED** that Defendant's Motion to Dismiss is hereby **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Complaint is hereby **DISMISSED** with prejudice.

**SO ORDERED.**


Dated: _____                           _____
                                               HON. MADELINE COX ARLEO
                                               UNITED STATES DISTRICT JUDGE