# McDERMOTT | WILD



GIBBS&
BRUNS LLP

Kathy D. Patrick
Partner
713.751.5253
kpatrick@gibbsbruns.com

April 1, 2026

*Via CM/ECF*

Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
MLK Building & U.S. Courthouse
50 Walnut Street, Courtroom MLK 3C
Newark, NJ 07101

** Application granted.  The Court has considered PVSC's response (ECF 19), but finds a 10-day extension to be reasonable.

> **SO ORDERED.**
>
> *s/ Leda Dunn Wettre, U.S.M.J.*
>
> **Dated:** _____4/2/2026_____

    Re:     ***BASF Catalysts LLC, et al. v. Occidental Chemical Corp.***
                **Civil Action No. 2:26-cv-01226-MCA-LDW**

Dear Judge Wettre:

We are writing on behalf of Defendant Occidental Chemical Corporation ("OCC Texas") to request a ten day extension of the deadline to submit briefs in response to the Motion to Intervene filed by the Passaic Valley Sewerage Commissioners (PVSC), Borough of Totowa, Borough of Woodland Park, City of Clifton, Town of Harrison, and Town of Kearny (collectively, "Public Entities"). ECF 12. The reason for the requested extension is that the current deadline, April 6, 2026, is the Monday following the holiday weekend and associated religious commitments by Defendant's counsel during the preceding week.

This is Defendant's first request for an extension of the response deadline. If the Court grants the requested extension, <u>the new deadline for OCC Texas to file its response to the Motion to Intervene would be Thursday, April 16, 2026. A corresponding adjustment to the deadline to file reply briefs would result in a new deadline of Monday, May 4, 2026.</u> **

We contacted counsel for PVSC and the Small Parties Group on April 1 to inquire whether they would be willing to agree to a brief extension, as our earlier request was not received by counsel due to a misdirected email address. As of the time of this submission, counsel are considering the request for an extension but have not indicated whether they oppose the request.

Gibbs & Bruns LLP · 1100 Louisiana · Houston, Texas 77002 · T 713.650.8805 · F 713.750.0903 · www.gibbsbruns.com
McDermott Wild LLC · 900 Haddon, Ste. 233 · Collingswood, NJ 08108 · T 856.746.7962 · F 856.746.7965 · www.mcdermottwild.com

Hon. Leda Dunn Wettre, U.S.M.J.
April 1, 2026
Page 2

We thank the Court for its attention to this matter.

Respectfully submitted,

Kathy D. Patrick

/s/ *John J. McDermott*

John J. McDermott

cc: All counsel of record (via ECF)